# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148166(24)

JOSEPH ZIEGLER,
　　　　　　Petitioner-Appellant,

v

DEPARTMENT OF COMMUNITY HEALTH,
　　　　　　Respondent-Appellee.

SC: 148166
COA: 314686
Ingham CC: 12-000449-AA

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's February 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

p0519